UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SMITH JR., | No. 2:24-cv-01029 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| NATHAN P. BAKER and CAPITAL ONE AUTO FINANCE, | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). Defendants each filed a motion to dismiss this case. ECF Nos. 4 and 6. Plaintiff did not timely oppose the motions, and the court issued an order to show cause why the case should not be dismissed for failure to prosecute. ECF No. 7. Plaintiff subsequently submitted a motion for an extension of time to file oppositions to the motions to dismiss. ECF No. 9. Plaintiff's only rationale for the extension is the fact of their pro se status, and the motion did not state how much additional time is needed. Id. Plaintiff is informed for future reference that a motion for extension of time should generally provide an explanation why the original deadline cannot be met by diligent effort, and should specify the length of extension requested.

Considering plaintiff's pro se status and in the interest of adjudicating this case on the

merits, the motion will be granted and plaintiff will be given 30 days to oppose the motions to dismiss.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is GRANTED.
2. Plaintiff's oppositions or statements of non-opposition to the pending motions to dismiss (ECF Nos. 4 and 6) are due no later than July 12, 2024.
3. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: June 11, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2